IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**AUG 17 2022**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  **4:22-CR-00455-RWS/JMB** |
| | ) | |
| TYRON EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nino Przulj, Special Assistant United States Attorney for said District, and moves this Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, § 3141, et seq.

In further support, the United States of America states:

1. Defendant Tyrone Edwards is charged with: (a) Intent to Distribute Fentanyl in violation of 21 U.S.C. § 841(a), an offense carrying a term of imprisonment of no more than 20 years; (b) Possession of one or More Firearms in Furtherance of Drug Trafficking in violation of 18 U.S.C. § 924(c), an offense carrying a minimum of 5 years' imprisonment; and, (c) Distribution of Fentanyl in violation of 21 U.S.C. § 841(a), an offense carrying a term of imprisonment of no more than 20 years.

2. The St. Louis County Anti-Gang Unit (AGU) and the Violent Gang Safe Streets Task Force (VGSSTF) first arrested the Defendant on Tuesday, March 8, 2022. After seeing the Defendant's car speeding and swerving through traffic on northbound MO-367 near Chambers

Road, the detectives realized it matched a car having fled an attempted traffic stop in Bellefontaine. AGU and VGSSTF detectives attempted a traffic stop but, again, the Defendant fled. Following a chase through residential neighborhoods, detectives were able to deploy spike strips and stop the Defendant's car. Despite repeated commands, the Defendant refused to unlock his car or open the door. At the same time, detectives saw a gun in his hand and noticed that the Defendant was reaching toward the backseat. They broke the driver's side window and arrested the Defendant.

3. A search incident to arrest revealed that the Defendant had on him a black Beretta, PX4 storm, .40 caliber (s/n PY120779) with 15 rounds in the magazine, a pill bottle containing white circular tablets of suspected narcotics, and a digital measuring scale. A search of the Defendant's car revealed another pistol, a Jimenez Arms semi-auto .22 caliber pistol, JA 22 (1279380) along with numerous baggies of various suspected narcotics.

4. Drug labs revealed that the Defendant had thirty-two capsules of fentanyl (approximately 2.208 grams total), ten capsules of heroin and fentanyl (approximately .600 grams), .893 grams of cocaine base, and 96.3 grams of marijuana. The remaining suspected narcotics, weighing approximately 7.45 grams total, were tested but failed to disclose a controlled substance.

5. During booking following his arrest, the Defendant gave police officers one phone number, but then quickly provided another. Believing the first phone number to be the one that the Defendant used to sell drugs, the detectives set up an undercover buy on March 24, 2022. After calling the phone number provided, an undercover detective met the Defendant at the River City Casino parking lot and exchanged $140 for thirty-one capsules of Fentanyl weighing approximately 1.767 grams. A search incident to arrest also revealed .873 grams of marijuana.

6. Defendant is twenty years old and has no prior convictions although he has been arrested for leaving the scene of an accident, resisting arrest, and assault second.

7.  Despite the Defendant's lack of criminal history, given the weight of the evidence against him and the nature and circumstances of the offense charged spanning crimes committed on two separate dates involving the sale or intended sale of drugs, a chase through residential neighborhoods, and the presence of multiple firearms, there remains a serious danger to the community that would be posed by Defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Nino Przulj*
NINO PRZULJ #68334MO
Special Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200