# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TYRON EDWARDS ) | Case No. 4:22-CR-455 RWS |
| ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/01/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Scott Krischke  S01577, NY
Printed name and bar number of defendant's attorney

1010 Market St. # 200, St Louis, MO
Address of defendant's attorney

Scott_Krischke@fd.org
E-mail address of defendant's attorney

814-241-1255
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney