UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22 CR 455 RWS |
| | ) | |
| TYRON EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

**IT IS HEREBY ORDERED** that final **supervised release revocation hearing** in this matter is set for **Tuesday, July 15, 2025 at 11:30 a.m.** in Courtroom 14-South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2025.